UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
INTERSTATE OUTDOOR
ADVERTISING                                          :

     Plaintiff,                                    :        Hon. Joseph H. Rodriguez

    v.                                                      :        Civil Action No. 08-3753

ZONING BOARD OF THE TOWNSHIP   :
OF CHERRY HILL AND THE                                  **ORDER**
TOWNSHIP OF CHERRY HILL,           :

     Defendants.                                :
_____


This matter having come before the Court on Defendants' Motion for Partial Summary Judgment pursuant to Fed. R. Civ. P. 56(a) [Dkt. No. 43]; and the Court having considered the written submissions of the parties; and the Court having heard oral argument on the motion on July 19, 2011; and for the reasons set forth in the accompanying Opinion issued on even date,

    IT IS on this 13th day of September, 2011 hereby

    ORDERED that Defendants' motion [Dkt. No. 43] is <u>GRANTED</u> as to the constitutional claims for lack of standing; and

     IT IS FURTHER ORDERED that the Amended Complaint is dismissed for lack of subject matter jurisdiction.


                                            /s/ Joseph H. Rodriguez
                                            Hon. Joseph H. Rodriguez,
                                            United States District Judge